UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ELLIS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>M.D. BITER (Warden),<br><br>　　　　　Respondent. | ) No. CV 13-993-JLS (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: May 8, 2014

　　　　　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE